UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KIRSTIE L. KENDRICK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-CV-06120-BAT<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will evaluate the additional medical evidence submitted to the Appeals Council; reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's alleged symptoms, considering any evidence from non-medical sources; as warranted, reevaluate Plaintiff's maximum residual functional capacity; as warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Page 1     ORDER - [3:20-CV-06120-BAT]

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 22nd day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov